UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | NO. CV-13-0200-LRS |
| v. | ) | ORDER |
| PETRIE & SONS, INC., and GUY A. PETRIE, | ) | |
| Defendants. | ) | |

**BEFORE THE COURT** is the parties' Stipulated Motion For Entry of Permanent Injunction and For Entry of Judgment (ECF No. 19) filed on November 15, 2013.  Accordingly,

**IT IS ORDERED** that the parties' Stipulated Motion For Entry of Permanent Injunction and For Entry of Judgment, **ECF No. 19,** is **GRANTED.**  The Stipulated Judgment and Stipulated Final Injunction will be entered concurrently.

The District Court Executive is directed to enter this order and **CLOSE FILE.**

**DATED** this 19th day of November, 2013.

*s/Lonny R. Suko*

_____
LONNY R. SUKO
Senior United States District Judge

ORDER - 1