Presented by:

KATHRYN KENEALLY
Assistant Attorney General
U.S. Department of Justice, Tax Division

ADAM D. STRAIT
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
adam.d.strait@usdoj.gov
Telephone: (202) 307-2135
Facsimile: (202) 307-0054

MICHAEL C. ORMSBY
United States Attorney, Eastern District of Washington
*Of Counsel*

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil No. 13-200-LRS |
| Plaintiff, | STIPULATED JUDGMENT |
| v. | |
| PETRIE & SONS, INC., and GUY A. PETRIE, | |
| Defendants. | |

Stipulated Judgment
Page 1

Plaintiff, the United States, and defendants Petrie & Sons, Inc., and Guy A. Petrie have stipulated to the following judgment.

The Court having entered the Stipulated Final Injunction, it is hereby ORDERED, ADJUDGED, and DECREED:

A. The United States is entitled to an injunction with the terms stated in the Stipulated Final Injunction.

B. The Court will administratively close the case, but it will retain jurisdiction to the extent necessary to monitor compliance with the Stipulated Final Injunction and to enforce its terms.

C. The parties will each bear their own costs.

**Judgment to the plaintiff as stated herein.**

Dated this 19th day of November, 2013.

*s/Lonny R. Suko*

LONNY R. SUKO
SENIOR U. S. DISTRICT JUDGE